Rick L. Shackelford (SBN: 151262)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: 310.586.7700; Fax: 310.586.7800
shackelfordr@gtlaw.com

David A. Coulson (admitted *pro hac vice*)
GREENBERG TRAURIG, P.A.
333 SE 2nd Avenue, Suite 4100
Miami, Florida  33131
Tel: 305.579.0500; Fax: 305.579.0717
coulsond@gtlaw.com

Michael D. Lane (SBN: 239517)
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, California 94111
Tel: 415.655.1300; Fax: 415.707.2010
lanemd@gtlaw.com

Attorneys for Defendants
Champion Petfoods USA, Inc. and
Champion Petfoods LP

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESIKA VADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC. and CHAMPION PETFOODS LP, PET FOOD EXPRESS, LTD., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  3:18-cv-07118-JCS<br><br><br>**CROSS-DEFENDANTS CHAMPION PETFOODS USA, INC.'S AND CHAMPION PETFOODS LP'S ANSWER AND AFFIRMATIVE DEFENSES TO CROSS-COMPLAINANT PET FOOD EXPRESS, LTD.'S CROSS-COMPLAINT** |

CROSS-DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Cross-Defendants Champion Petfoods, Inc. and Champion Petfoods, LP (collectively, "Champion" or "Cross-Defendants") by Cross-Defendants' undersigned counsel, respectfully submit the following Answer and Affirmative Defenses to Cross-Complainant Pet Food Express, Ltd. ("Cross-Complainant") Cross-Complaint (the "Cross-Complaint") in the above referenced matter.

## GENERAL ALLEGATIONS

1.      There are no allegations in Paragraph 1 of the Cross-Complaint.

2.      There are no allegations in Paragraph 2 of the Cross-Complaint.

3.      Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 3, and on that basis deny them.

4.       Cross-Defendants admit that Cross-Defendant Champion Petfoods USA, Inc. is a Delaware corporation.  Cross-Defendants further admit that Cross-Defendant Champion Petfoods LP is a Canadian limited partnership.  Except as expressly admitted, Cross-Defendants deny the remaining allegations in Paragraph 4.

5.      Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 5, and on that basis deny them.

6.      There are no allegations in Paragraph 6 of the Cross-Complaint.

### First Cause of Action – Indemnification

7.      The allegations of Paragraph 7 state legal conclusions to which no response is required.  To the extent a response is required, Cross-Defendants deny them.

### Second Cause of Action – Apportionment of Fault

8.      The allegations of Paragraph 8 state legal conclusions to which no response is required.  To the extent a response is required, Cross-Defendants deny them.

### Third Cause of Action – Declaratory Relief

9.      The allegations of Paragraph 9 state legal conclusions to which no response is required.  To the extent a response is required, Cross-Defendants deny them.

10.      There are no allegations in Paragraph 10 of the Cross-Complaint.

11.      There are no allegations in Paragraph 11 of the Cross-Complaint.

///

12.     The allegations of Paragraph 12 state legal conclusions to which no response is required. To the extent a response is required, Cross-Defendants deny them.  More specifically, Cross-Defendants deny Cross-Complainant is entitled to any relief from Cross-Defendants, including but not limited to costs of suit, indemnity, judicial determination, compensatory damages, and attorneys' fees.

13.     Cross-Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 13, and on that basis deny them.

## AFFIRMATIVE DEFENSES

Cross-Defendants give notice that they may rely upon the following affirmative defenses to the Cross-Complaint.  Cross-Defendants do not hereby assume the burden of proof on such defenses that would otherwise rest on Cross-Complainant.

## FIRST AFFIRMATIVE DEFENSE

The Cross-Complaint, and each of the causes of action stated therein, should be dismissed for failing to state a claim for which relief can be granted because Cross-Defendants have no contractual, common law, or other obligation to provide Cross-Complainant with indemnification for the claims asserted in the Complaint

## SECOND AFFIRMATIVE DEFENSE

The Cross-Complaint, and each of the causes of action stated therein, is barred in whole or in part because Cross-Defendants were not the proximate cause of Cross-Complainant's alleged injury; Cross-Complainant's alleged injury, if any, was caused instead by the intervening or superseding conduct of others.

## THIRD AFFIRMATIVE DEFENSE

Cross-Defendants have not knowingly or voluntarily waived any applicable affirmative defenses and reserve the right to assert and rely on such other applicable affirmative defenses as may become available or apparent during discovery proceedings.  Cross-Defendants further reserve the right to amend their answer and/or affirmative defenses accordingly and/or to delete affirmative defenses that Cross-Defendants determine are not applicable during the course of subsequent discovery.

1    Dated:  December 10, 2018                    GREENBERG TRAURIG, LLP

2

3                                        By:*/s/ Michael D. Lane*
                                             Rick L. Shackelford
4                                            David Coulson
                                             Michael D. Lane
5                                            Attorneys for Cross-Defendants
                                             Champion Petfoods USA, Inc. and
6                                            Champion Petfoods LP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROSS-DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES