s

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JESIKA VADO,

        Plaintiff,

        v.

CHAMPION PETFOODS USA, INC., et al.,

        Defendants.

Case No.  18-cv-07118-JCS

**ORDER FOR JOINT STATUS REPORT RE STIPULATED DISMISSAL**

Plaintiff Jesika Vado and Defendants Champion Petfoods USA, Inc. and Champion Petfoods LP have submitted a stipulation that purports to dismiss this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  The stipulation does not include Defendant Pet Food Express Ltd., which is a named defendant and still a party to this litigation.  It also does not distinguish between Vado's individual claims and the class claims asserted in her complaint.  Accordingly, all parties to this action shall jointly file, by **May 20, 2020**, a status report that addresses the following questions:  1) whether Court approval of any settlement in this action is required under hold Rule 23(e) of the Federal Rules of Civil Procedure and *Diaz v. Tr. Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989) (holding that Rule 23(e) requires court approval of settlements of putative class actions even prior to class certification); 2) whether the proposed settlement satisfies the requirements of Rule 23(e); and 3) why it is appropriate to dismiss the action when Pet Food Express Ltd. did not join in the stipulated dismissal.

      **IT IS SO ORDERED.**

Dated:  May 6, 2020

_____

JOSEPH C. SPERO
Chief Magistrate Judge