GREENBERG TRAURIG, LLP
Rick Shackelford (SBN 151262)
1840 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310) 586-7700; Fax: (310) 586-7800
Email: shackelfordr@gtlaw.com

Michael D. Lane (SBN 239517)
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, California 94111
Tel: (415) 655-1300; Fax: (415)707-2010
Email: lanemd@gtlaw.com

GREENBERG TRAURIG, PA
David A. Coulson (*Admitted Pro Hac Vice*)
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Tel: (305) 579-0754; Fax: (305) 579-0717
Email: coulsond@gtlaw.com

Attorneys for Defendants
Champion Petfoods USA, Inc. and
Champion Petfoods LP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESIKA VADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC. and CHAMPION PETFOODS LP, PET FOOD EXPRESS, LTD., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-07118-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>CLASS ACTION |

Plaintiff Jesika Vado and Defendants Champion Petfoods USA, Inc. and Champion Petfoods LP, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action of this action with prejudice with all parties on each side to bear its own costs and attorneys' fees.

Respectfully submitted this  day of April, 2020.

/s/Jeffrey R. Krinsk
Jeffry R. Krinsk
FINKELSTEIN & KRINSK LLP
550 West C Street, Suite 1760
San Diego, CA 92101
Tel: (619) 238-1333
Fax: (619) 238-5425
jrk@classactionlaw.com
**Attorneys for Plaintiff**

/s/ David A. Coulson
David A. Coulson (*Pro Hac Vice*)
GREENBERG TAURIG PA
333 S.E. 2d Avenue, Suite 4100
Miami, Florida 33131
Tel: (305) 579-0754
Fax: (305) 579-0500
coulsond@gtlaw.com

/s/ Michael D. Lane
Michael D. Lane (SBN 239517)
GREENBERG TRAURIG LLP
4 Embarcadero Center, Suite 3000
Tel: (415) 655-1300
Fax: (415) 707-2010
lanemd@gtlaw.com

/s/ Rick L. Shackelford
Rick Shackelford (SBN 151262)
GREENBERG TRAURIG, LLP
1840 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310) 586-7700
Fax: (310) 586-7800
shackelfordr@gtlaw.com
**Attorneys for Defendants Champion Petfoods USA, Inc. and Champion Petfoods LP**

Dated: May 27, 2020

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]